# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JONATHAN E PARKS, <br><br> Plaintiff, <br><br> v. <br><br> RON HAYNES, et al., <br><br> Defendants. | CASE NO. C17-5884 BHS-DWC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 28. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendants' Motion to Dismiss (Dkt. 26) is granted. All claims and Defendants are dismissed except the Eighth Amendment claim against Defendants Sinclair, Becker-Green, and Watson.

Dated this 3rd day of May, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER